**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**CESAR F. TORRES CARDENAS** **PETITIONER**

**V.** **CAUSE No. 5:25-CV-00146-DCB-BWR**

**RAFAEL VERGARA,**
**Warden, Adams County**
**Correctional Center** **RESPONDENT**

# FINAL JUDGMENT

Having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and having adopted same as the opinion of this Court, the Court finds that the entire action should be dismissed without prejudice.

ACCORDINGLY, IT IS, THEREFORE, ORDERED that this case is hereby dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 8 day of September, 2026.

/s/David C. Bramlette
David C. Bramlette III
UNITED STATES DISTRICT JUDGE